# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

MICHAEL STEPHENS, )
DEVON JAGER, )
    PLAINTIFFS, )
   )
vs. )
   ) Cause Number: 2:10CV431
CREDIT BUREAU USA INC. )
    DEFENDANT. )

## COMPLAINT AND DEMAND FOR JURY TRIAL - INDIVIDUAL

Plaintiffs, Michael Stephens ("Mr. Stephens") and Devon Jager ("Ms. Jager") on behalf of themselves, by counsel, Michael P. McIlree, for his Complaint against the Defendant, Credit Bureau USA, Inc. allege and states as follows:

### INTRODUCTION

**1.** This is an action for damages brought by the Plaintiffs, for the Defendant's violations of the Federal FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq.* (hereinafter referred to as "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION

**2.** This Court has jurisdiction over the claims in this matter pursuant to 15 U.S.C. § 1692.

### PARTIES

**3.** Mr. Stephens is an individual consumer currently residing in Lake County, Indiana.

1

**4.**     Ms. Jager is an individual consumer currently residing in Lake County, Indiana.

**5.**     Credit Bureau USA, Inc. is a collection agency incorporated in the State of Indiana who collects debts nationwide including the State of Indiana. Credit Bureau USA, Inc. has an office located at 5252 Hohman Ave., Hammond, IN 46320.

**6.**     Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

**7.**     Defendant. is a debt collector as defined by 15 U.S.C. § 1692a(6).

### FACTUAL ALLEGATIONS

**8.**     Defendant has been attempting to collect an alleged debt owed regarding a newspaper subscription obtained by Ms. Jager for personal, family or household purposes.

**9.**     Defendant through its' agent who identified herself as Dawn has made phone calls to Plaintiff, Mr. Stephens through July. 2010.

**10.**    The phone calls were not to obtain location information and were made to Plaintiff, Mr. Stephens cellular phone.

**11.**    Despite having Plaintiff Ms. Jager's contact information, Defendant chose this path of conduct in violation of the Fair Debt Collection Practices Act.

**12.**    During said phone calls, Defendant by its' agent, demanded payment from Mr. Stephens and indicated they would continue to call until they were paid.

**13.**    The agent screamed at Plaintiff and called him back immediately after a conversation ended, even though Mr. Stephens told her he was at work.

**14.**    Additionally, this agent told Mr. Stephens it was regarding a debt which he told

her he did not owe.

**15.**     The Defendant. by its' agent gave private information to Mr. Stephens regarding Plaintiff Ms. Jager.

**16.**     The communication became so verbally abusive that Mr. Stephens demanded to speak with a manager named Tom.

**17.**     The manager named Tom informed Mr. Stephens that the immediate phone call back to his cell phone at work occurred as the result of an autodialer.

**18.**     Said phone calls to a cellphone by use of an autodialer violate the TCPA.

### VIOLATIONS OF THE FDCPA and TCPA BY DEFENDANT

**19.**     Defendant has violated 15 U.S.C. §1692c.

**20**.     Defendant has violated 15 U.S.C. §1692d.

**21.**     Defendant has violated 15 U.S.C. §1692e.

**22.**     Defendant has violated 47 U.S.C. §227.

WHEREFORE, plaintiffs request that the Court enter judgment in his favor against the Defendant for:

1. The maximum amount of statutory and actual damages provided under the FDCPA.

2. The maximum amount of statutory and actual damages provided under the TCPA.

2. Attorney's fees, litigation expenses and costs.

3. Such other and further relief as is appropriate.

Respectfully submitted

By _____
Michael P. McIlree

**JURY DEMAND**

Plaintiffs demand trial by jury.

Michael P. McIlree, #19847-45
Attorney at Law
821 E. Lincolnway, Ste. 1
Valparaiso, IN 46383
Tel: (219) 548-1800
Fax: (219) 548-5905
Attorney for Plaintiffs

## VERIFICATION

I declare that the above referenced statements are true and accurate to the best of my knowledge and belief.

_____
MICHAEL STEPHENS, Plaintiff

## VERIFICATION

I declare that the above referenced statements are true and accurate to the best of my knowledge and belief.

_____
DEVON JAGER, Plaintiff

4