## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| MICHAEL STEPHENS and DEVON JAGER, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:10-CV-431-PRC |
| | ) | |
| CREDIT BUREAU USA, INC., | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court on a Joint Stipulation to Dismiss Case With Prejudice [DE 18], filed by Plaintiffs on June 28, 2011. The parties stipulate to the dismissal of this case with prejudice.

Accordingly, the Court hereby **GRANTS** the motion contained within the Joint Stipulation to Dismiss Case With Prejudice [DE 18] and **ORDERS** that this case be **DISMISSED with prejudice**.

SO ORDERED this 5th day of July, 2011.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: All counsel of record